UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

STEVEN MATZURA AND ON BEHALF
OF ALL OTHER PERSONS SIMILARLY
SITUATED,

                                      Plaintiff,

-against-

SA HOSPITALITY GROUP, LLC,

                                      Defendant.

------------------------------------------------------------x

Case No.: 1:17-cv-04893-RWS





**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the parties have reached a resolution of this matter and that the above entitled action be, and the same hereby is discontinued with prejudice as against Defendant identified in the caption above. This Stipulation may be electronically filed on the Court's ECF system.

Justin A. Zeller, Esq.
LAW OFFICE OF JUSTIN A. ZELLER P.C.
277 Broadway, Suite 408
New York, NY 10007
Tel: 212-229-2249
Fax: 212-229-2246
bsherr@zellerleagal.com
jazeller@zellerleagal.com

By: _____
Justin A. Zeller, Esq.

Dated: May 2, 2018

SO ORDERED,

_____, U.S.D.J.
5-7-18

4848-4659-3636, v. 1

Joseph J. DiPalma
JACKSON LEWIS P.C.
*Attorneys for Defendant*
44 South Broadway, 14th Floor
White Plains, New York 10601
Tel: (914) 872-6920
Fax: (914) 946-1216
Joseph.dipalma@jacksonlewis.com

By: _____
Joseph J. DiPalma, Esq.

Dated: May 2, 2018